**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

YULING CAI as Personal Representative of the Estate of DAISHEN CHEN, deceased,

Plaintiff,

-v.-

AMERICAN AIRLINES INC.
1 SKYVIEW DR.
FORT WORTH, TX 76155

PSA AIRLINES, INC.
1 TERMINAL DR.
MIDDLETOWN, PA 17057

UNITED STATES OF AMERICA,
Pamela Bondi, in her official capacity as U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Defendants.

Lead Case No: 1:25-cv-03382-ACR

**SHORT FORM COMPLAINT**

Plaintiff YULING CAI, as Personal Representative of the Estate of DAISHEN CHEN, deceased, respectfully alleges as follows:

1. Plaintiff refers and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON,

D.C., ON JAN. 29, 2025 (Lead case: *Crafton v. American Airlines Inc., et al*, 1:25-cv-03382-ACR), as though fully set forth herein. Plaintiff here adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

**CLAIMS AGAINST DEFENDANTS**

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒ Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒ Tenth Cause of Action for Survival Based Upon Negligence

## PLAINTIFF'S INFORMATION:

5. Decedent, DAISHEN CHEN, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. DAISHEN CHEN resided in Massachusetts.

7. Plaintiff YULING CAI is a citizen and resident of Massachusetts and was the lawful spouse of DAISHEN CHEN, deceased, at the time of his death.

8. Plaintiff YULING CAI brings this lawsuit as Personal Representative.

9. On or about May 30, 2025, the Middlesex Probate and Family Court issued an order appointing YULING CAI Personal Representative. Therefore, she has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of DAISHEN CHEN and brings this lawsuit in her representative capacity.

## PLAINTIFF'S ADMINISTRATIVE CLAIM

10. On or about May 7, 2025, Plaintiff YULING CAI, as Personal Representative of the Estate of DAISHEN CHEN, deceased, and on behalf of each of his heirs and beneficiaries, served initial administrative claims upon the Federal Aviation Administration "FAA".

11. On or about March 19, 2025, Plaintiff YULING CAI, as Personal Representative of the Estate of DAISHEN CHEN, deceased, and on behalf of each of his heirs and beneficiaries, served initial administrative claims upon the United States Army ("Army").

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on October 29, 2025, on behalf of both the FAA and Army.

**PLAINTIFF'S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT's physical injuries, conscious pain and suffering, mental anguish, emotional distress, and fear of impending death;

☒ the loss of the gross earning power of the DECEDENT;

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

☒ the loss of financial support and contribution of the DECEDENT;

☒ loss of services;

☒ loss of inheritance;

☒ loss of accumulations;

- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of the DECEDENT;
- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;
- ☒ other necessary and reasonable expenses as a result of the DECEDENT's death;
- ☒ attorneys' fees, costs and other damages permitted under applicable laws;
- ☒ pre- and post-judgment interest on all damages as allowed by law;
- ☒ all costs of suit herein;
- ☒ such other and further relief as the Court shall deem just and proper;
- ☒ Other (specify):

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

DATED: December 2, 2025

**CLIFFORD LAW OFFICES, P.C.**

By: *_/s/ Robert A. Clifford_*
Robert A. Clifford (Bar ID: IL0135)

Kevin P. Durkin (Bar ID: IL0136)
Tracy A. Brammeier (Bar ID: IL0137)
John V. Kalantzis (applicant *pro hac vice*)
120 N. LaSalle Street, Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com